IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIA WILLIAMS,  CASE NO.:

    Plaintiff,

vs.

CAPITAL ONE SERVICES, LLC,  DEMAND FOR JURY TRIAL

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, ANTONIA WILLIAMS (hereafter "Plaintiff"), by and through undersigned counsel, and hereby sues Defendant, CAPITAL ONE SERVICES, LLC, (hereafter "Defendant"), and states as follows:

## PRELIMINARY STATEMENT

This action arises out of Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

## GENERAL ALLEGATIONS

1. Plaintiff is an individual residing in PINELLAS County, Florida.

2. This is an action for damages greater than $15,000.00.

3. Defendant is a foreign limited liability company as registered with Florida Department of State, Division of Corporations.

4. Defendant is a "person" subject to regulations under 47 U.S.C. § 227(b)(1).

## FACTUAL ALLEGATIONS

5. Plaintiff revoked any prior express consent to contact Plaintiff via cell phone or any other form of communication on August 15, 2011 at 2:41 p.m. and 2:43 p.m., through a

facsimile transmission to Defendant's facsimile no. (866) 941-4014. See facsimile confirmation attached as Exhibit "A."

6. Plaintiff's cellular telephone number ends in - 8212.

7. Defendant knowingly or willfully called Plaintiff's cellular telephone after Defendant had unequivocal notice from Plaintiff to cease any and all calls.

8. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls to Plaintiff's cellular telephone on the dates and times listed on the call logs of Plaintiff attached as Exhibit "B."

9. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

10. None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

11. All conditions precedent to the filing of this lawsuit have been performed or have occurred.

## COUNT I
## VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

12. Plaintiff incorporates all allegations in the previous paragraphs as if stated fully herein.

13. Jurisdiction is proper pursuant to 47 U.S.C. § 227(b)(3).

14. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's cellular telephone.

15.    Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

16.    The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, ANTONIA WILLIAMS, demands judgment against Defendant, CAPITAL ONE SERVICES, LLC, for the following relief:

    a.    statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after August 15, 2011 at 2:41 p.m. and 2:43 p.m.;

    b.    an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

    c.    any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Dated this March 4, 2016.

        **BOSS LAW**

        /s/ Christopher W. Boss_____
        **Christopher W. Boss, Esq.**
        Fla. Bar No.: 13183
        Service Email: cpservice@protectyourfuture.com
        9887 Fourth Street North, Suite 202
        St. Petersburg, Florida 33702
        Phone: (727) 471-0039
        Fax:    (888) 503-2182
        **Attorney for Plaintiff**