# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANTONIA WILLIAMS,
    Plaintiff,

v.                                            Case No: 8:16-cv-00543-SCB-TBM

CAPITAL ONE SERVICES, LLC,
    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: April 22, 2016

| | |
|---|---|
| */s/ Joshua H. Threadcraft* | */s/ Christopher W. Boss* |
| Joshua H. Threadcraft, Esq. | Christopher W. Boss, Esq. |
| Florida Bar No.: 96153 | Florida Bar No.: 13183 |
| Email: Joshua.Threadcraft@burr.com | Email: cpservice@protectyourfuture.com |
| Burr & Forman, LLP | BOSS LAW |
| 420 N. 20th Street, Suite 3400 | 9887 Fourth Street North, Suite 202 |
| Birmingham, AL 35203 | St. Petersburg, Florida 33702 |
| Telephone: (205) 251-3000 | Telephone: (727) 471-0039 |
| Facsimile: (205-413-8701 | Facsimile: (727) 471-1206 |
| *Trial Counsel for Defendant,* | *Trial Counsel for Plaintiff* |
| *Capital One Services, LLC* | |

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

                                            /s/ *Christopher W. Boss*
                                            Christopher W. Boss, Esq.